**UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>**ROBERT ALVIN NAGEL,**<br><br>　　　　　Defendant. | **Case No. CR06-5241FDB**<br><br>**ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION** |

**THIS MATTER** was before this Court for an initial hearing on June 12, 2007, on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision, and a detention hearing on June 15, 2007.

The U.S. Probation Office filed a petition alleging violations of the terms and conditions of supervision. The defendant was advised of the allegations and consequences if found in violation. The Defendant freely and voluntarily admitted the violations. The Court accepted the Defendant's admissions and found he violated conditions of supervision.

A Revocation Disposition Hearing is set for Wednesday, June 27, 2007 at 10:00am before Judge Franklin D. Burgess

　　IT IS FURTHER ORDERED that the defendant be detained for failing to show that he will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office

　　　　　　　　　　　　　　　**June 18, 2007.**

　　　　　　　　　　　　　　　__s/Karen L. Strombom__
　　　　　　　　　　　　　　　**Karen L. Strombom, U.S. Magistrate Judge**

ORDER
Page - 1